# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHARLES SMITH, | : | No. 28 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order dated 6/6/17 |
| | : | entered on 6/7/17 in the Commonwealth |
| | : | Court at No. 64 MD 2015 |
| v. | : | |
| | : | |
| | : | |
| THE DEPARTMENT OF CORRECTIONS | : | |
| INSTITUTIONAL BUSINESS OFFICE | : | |
| SCI-GREENE, | : | |
| | : | |
| Appellee | : | |

## *ORDER*

**PER CURIAM**

AND NOW, this 21st day of September, 2018, the Order of the Commonwealth Court is  hereby AFFIRMED.